IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-cr-40-LMB |
| JAMIE MORTON, | Count 1: 18 U.S.C. § 1344 (Bank Fraud) |
| *Defendant*. | |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

1. Between on or about June 2020 and on or about April, 2021, in the Eastern District of Virginia and elsewhere, the defendant JAMIE MORTON knowingly and willfully executed and attempted to execute a scheme and artifice to defraud the financial institution identified here as Bank-1 and to obtain the moneys, funds, credits, assets, and securities under the custody and control of Bank-1 by means of materially false and fraudulent pretenses, representations, and promises.

(In violation of Title 18, United States Code, Section 1344.)

## Forfeiture Notice

Under Federal Rule of Criminal Procedure 32.2, the defendant is hereby notified that upon conviction of the offense charged in this Criminal Information, she shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense of conviction. The United States may also seek an order forfeiting substitute assets if the proceeds of the offenses are not available.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).)

Respectfully Submitted,

Erik S. Siebert
United States Attorney

By: _____
Christopher J. Hood
Assistant United States Attorney