## Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**  ☐ Under Seal

**Judge Assigned:** Hon. LMB

City:  
Superseding Indictment:  
**Criminal No.:** 1:25-CR-40

County: Loudoun  
Same Defendant:  
New Defendant: X

Magistrate Judge Case No.:  
Arraignment Date:

Search Warrant Case No.:  
R. 20/R. 40 From:

**Defendant Information:**

Defendant Name: Jamie LaToya Morton  
Alias(es):  
☐ Juvenile  FBI No. 5AG4

Address: LANHAM SEABROOK, MD

Employment:

Birth Date: xx/xx/1982  SSN: xxx-xx-9633  Sex: Female  Race: Black  Nationality: U.S.

Place of Birth: Maryland  Height: 5'7"  Weight: 155  Hair: Black  Eyes: Brown  Scars/Tattoos: "TAT BACK"

☐ Interpreter  Language/Dialect:  Auto Description:

**Location/Status:**

Arrest Date:  
☐ Already in Federal Custody as of:  in:

☐ Already in State Custody  ☐ On Pretrial Release  ☒ Not in Custody  
☐ Arrest Warrant Requested  ☐ Fugitive  ☒ Summons Requested  
☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

**Defense Counsel Information:**

Name: Patrick Anderson  ☐ Court Appointed  Counsel Conflicts:  
Address: 333 N Fairfax St. #310, Alexandria, VA 22314  ☐ Retained  
Phone: (703) 930-5117  ☐ Public Defender  ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Christopher J. Hood  Phone: (703) 838-2639  Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Abbey Tereba, AoC-OIG Special Agent, and Blake Frohnapfel, FBI Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1344 | Bank Fraud | 1 | Felony |
| Set 2: | | | | |

Date: 02/24/2025  AUSA Signature: CJH  *may be continued on reverse*