# ATTACHMENT 1

**Your Honor Judge Brinkema,**

Thank you for allowing me the opportunity to speak today. I come before you not to offer excuses, but to express the deepest remorse I have ever felt in my life. I am here with a heart that is humbled, a spirit that is broken, and a soul that is committed to change.

When I reflect on the decisions that brought me here, I am filled with regret, not just because of the legal consequences, but because I know that I let down a system, a community, and most importantly, the people who have always believed in me. I fully accept responsibility for my actions, and I want the Court to know that I am committed to making it right in every way possible.

The amount I improperly spent on personal expenditures is more than just a number. It represents a period of poor judgment that has caused me shame, embarrassment, and heartbreak. I take full ownership of it, and I have committed myself to repaying every dollar in good faith. Not because I was forced to, but because I want to honor what is right and take true accountability for my actions.

To the government, to Mr. Hood, to this Court, and to the people whose trust I violated, I am truly sorry. Mr. Hood, I know this case took your time, energy, and resources. Thank you for treating it and me with professionalism and fairness. Your work matters, and I regret having added to your burden. But your integrity did not go unnoticed, and I am grateful that you saw me not just as a case number, but as a human being.

To my legal team, Mr. Cherry and Mr. Sears, thank you for walking beside me when I didn't know how to take the next step. You helped me find my voice in the middle of my most silent and broken place. Your advocacy, compassion, and wisdom allowed me to face this truth with dignity.

Your Honor, this situation did not just affect me. It impacted my entire family.

My mother, who is living with multiple sclerosis, is one of the most selfless women I know. She has stood by me through every chapter of my life, and now I have the honor of caring for her. Being her caregiver is one of the most meaningful responsibilities I've ever had, but it's not an easy one. Every day I balance medications, mobility support, and emotional care. I show up for her as she has always shown up for me. And now, more than ever, she needs me, not just physically, but emotionally and financially. I want to remain present for her, especially as her condition continues to progress.

To my son, he is my heart. He has witnessed me go through the most difficult time of my life, and he has done so while managing his own battle with depression and mental illness. I see how hard he fights to stay hopeful. He's only 21, yet he's endured more emotionally than most people

do in a lifetime. I want to be there for him, to guide him, to support him, and to help him heal. He needs me to be steady, just as I need him to know he's not alone.

My son's struggles have reminded me how important mental health and emotional presence truly are. I want to use this moment not only to learn and grow, but also to be a better mother, a stronger advocate, and someone who breaks cycles instead of repeating them. I don't want this mistake to shape who I am as a person, but I do want it to shape how I move forward.

To my entire family, thank you for carrying this burden with me, for never turning your back on me, and for reminding me every day that this moment doesn't define me. Your prayers, your encouragement, and your grace have helped me stay grounded. I am forever grateful, and I promise that I will honor your faith in me.

To this Court and to everyone involved in this case, I know that my actions caused disruption. I know that hours of work went into reports, hearings, and reviews. I recognize that I added to an already heavy workload, and I am deeply sorry. Please know that I don't take any of this for granted.

Judge Brinkema, thank you for your time, your fairness, and for allowing me to be heard. I know your job is not just to judge cases, but to judge lives, and I am grateful for the compassion and attention you have given to mine.

The Bible says in Psalm 34:18, "The Lord is close to the brokenhearted and saves those who are crushed in spirit." That is exactly how I've felt throughout this process. Brokenhearted, crushed, but still believing in hope. Still believing in redemption.

Romans 8:28 reminds me, "All things work together for good for those who love God and are called according to His purpose." I believe that even this painful chapter of my life can be used for good. I want to share my story with others, to teach, to guide, to help someone else make a better choice before it's too late. I want to be part of the solution moving forward.

I respectfully ask this Court to consider allowing me the opportunity to continue this path of transformation through probation. Not because I'm trying to avoid consequences, but because I want to actively repay what I owe, continue caring for my mother, support my son through his mental health journey, and remain an engaged, contributing member of society. I want to take this hardship and turn it into purpose. I want to live my life in a way that proves this mistake was a turning point, not the end of my story.

Thank you, Judge Brinkema, for your time and patience, and for recognizing who I am.  I will carry this moment with me always, and I will use it to become a better woman, mother, daughter, and citizen.

With deepest sincerity and respect,
Jamie Morton