# ATTACHMENT 2

My name is Jarmel Cherry, and I am writing this letter on behalf of my mother, Jamie Morton. She is the most important person in my life. One of my only sources of support, my emotional security, and the reason that I'm even standing today.

For as long as I can remember, my mom has been the person keeping my life together. She gives me a roof over my head, feeds me, keeps me safe, and has my back in every significant obstacle. I currently work as a government contractor, which sounds good in a resume, but there are no guarantees. The job that I have today could end tomorrow. My mom has helped me find new job leads, prepare for interviews, and focus on what my future may hold. She is the person who makes me continue looking forward when I want to keep looking back. If something were to happen to my mom, I'd honestly have no idea what to do next. Not only emotionally, that in itself would break me. But, financially, I do not earn enough money to support myself fully yet. I still have to rent a place, buy groceries, transportation, bills, etc. To be completely honest, I barely keep myself together now, even with her help. If I lost her, it would change everything, for the worse.

My dad lives in Stockbridge, Georgia. He is not able to take care of me the way my mom does. My mom has shown up for me every day of my life and made sacrifices for me for as long as I can recall. Jamie Morton is more than my mom. She provides me with stability. She is the reason that I have hope. Without her, I do not know what I would do next. That is the honest truth.

Cheryl Morton



Honorable Judge Leonie M. Brinkema

U.S. District Court

Eastern District of Virginia

401 Courthouse Square

Alexandria, VA 22314

Re: Character Letter on Behalf of Jamie L. Morton

Dear Honorable Judge Brinkema,

My name is Cheryl Morton, and I am the mother of Jamie L. Morton. I am writing this letter with heartfelt sincerity, concern, and urgency, as I speak on behalf of my daughter, whom I deeply love and heavily depend on.

I have been diagnosed with Multiple Sclerosis (MS), a debilitating illness that affects my central nervous system and causes frequent attacks on my muscles. These attacks can result in intense pain, weakness, and at times, complete immobility. My condition is progressive and unpredictable. On my worst days, I am unable to care for myself in even the most basic ways. It is during these moments that Jamie becomes my lifeline.

Jamie is more than my daughter—she is my full-time caregiver, financial provider, and medical overseer. She ensures my medications are filled, and make sure that I have transportation to my appointments, communicates with my doctors, and monitors my health when I am too sick to do so myself. She has educated herself on how to manage my

disease, and she advocates for me in ways no one else can. Living with MS is exhausting and, at times, terrifying. But Jamie's presence brings stability, safety, and hope into my life.

Beyond her caregiving role, Jamie supports me financially. Because of my illness, I am unable to work. Jamie makes sure I have housing, food, utilities, and access to proper medical care. Without her, I fear I would be left without shelter or the ability to sustain myself. Her absence—whether temporary or long-term—would be devastating to my physical and mental health, and could very well result in homelessness and medical decline.

The possibility of Jamie's incarceration would not only break my heart—it would severely endanger my health. Stress is a major trigger for MS flare-ups, and just the thought of losing Jamie sends my body into tension. These stress-induced attacks are painful and debilitating. I am terrified that the emotional and physical toll of her absence could leave me permanently damaged or worse.

Your Honor, I respectfully ask that you consider the deep impact that any sentence could have—not only on Jamie—but on the life of her ill and aging mother. Jamie is a remarkable woman. She is not perfect, but she is full of love, compassion, and a sense of responsibility that most people only talk about. She is adored by our family and loved by all who truly know her.

Thank you for your time and for considering this plea from a mother who depends on her daughter not just out of love, but out of necessity.

With deepest sincerity and respect,

Cheryl A Morton

**Cheryl Morton**

## Letter

**Mary Fletcher**  Thu, Apr 10, 2025 at 11:51 AM
To:

To the Honorable Judge

I am writing to you on behalf of Jamie Morton, who has been a close family friend since her teenage years. Over the years, I have witnessed her journey and character development, and I am aware that she is currently facing serious charges that the Court is deliberating for sentencing. While I do not intend to excuse or downplay the circumstances surrounding her legal issues, I hope this letter can shed light on the remarkable qualities and commendable actions of the person I have come to know.

From our first meeting, Jamie has consistently demonstrated positivity and compassion. She is not merely a hardworking individual; she embodies dedication in her personal and professional endeavors. I have seen her volunteer countless hours at local shelters, where she coordinated food drives and assisted vulnerable populations, embodying a spirit of selflessness and community commitment. She has a unique ability to uplift those around her, often going out of her way to support friends in times of need, providing both emotional and practical assistance during trying times.

In addition to her unwavering support for others, Jamie has expressed profound remorse for the actions that have brought her to this point. She has shown a commitment to understanding the gravity of her mistakes and is determined to make amends. Her willingness to confront her past and engage in meaningful reflection demonstrates her desire for personal growth and change.

I respectfully urge the Court to consider Jamie as a whole person, beyond the charges she faces. I firmly believe that, if given a chance, she can emerge from this experience as a constructive and positive member of society. Jamie possesses the resilience and drive necessary to take full advantage of any opportunities for rehabilitation and personal redemption.

Thank you for taking the time to read this letter and for considering my perspective on Jamie's character and potential for positive change.

Mary Fletcher

March 23, 2025

To whom it may concern,

I am writing to provide a character reference for Ms. Jamie L. Morton, whom I have had the pleasure of knowing for the past five years. In this time, I have observed her unwavering dedication, integrity, and professionalism, both personally and as the owner of Mortell.

Under Jamie's leadership, Mortell has flourished into a reputable company known for its commitment to quality and customer satisfaction. Her hands-on approach and strategic vision have not only driven the company's growth but have also fostered a positive and inclusive workplace culture.

Jamie's exceptional interpersonal skills and ethical business practices have earned her the respect and trust of clients, employees, and peers alike. She consistently demonstrates a strong sense of responsibility and a genuine passion for her work, qualities that are evident in the success and reputation of Mortell.

In addition to her professional accomplishments, Jamie is actively involved in community initiatives, reflecting her commitment to giving back and making a positive impact beyond her business endeavors.

I am confident that Jamie's character, coupled with her professional achievements, make her an exemplary business leader.

Warm regards,

Latarsha Folsom

Nadine Suarez
[redacted]

The Honorable Judge Leonie M. Brinkema
U.S District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

My name is Nadine Suarez, and I have had a personal relationship with the defendant, Jamie Latoya Morton, for over forty years. I am writing this letter to serve as a character reference on her behalf. I have known Jamie for a lifetime, having grown up alongside her and witnessed both her personal growth and professional journey firsthand. I hope this statement offers meaningful insight into her character, integrity, and the positive contributions she has made to her community, family, friends, and professional circles.

Over the years, I have known Jamie to be a person of honesty, resilience, compassion, and strong moral character. She has consistently demonstrated a deep sense of courage and kindness, inspiring those around her to strive for personal and professional betterment. Jamie supports and uplifts others, encouraging them to build meaningful lives and give back to their communities.

Before the success of her current venture, Mortell, Jamie ventured into entrepreneurship with the launch of Citygirl Spa, a business she later rebranded and relaunched as Luxe Bodi. Although her initial spa business faced challenges in a saturated and highly competitive industry, she approached the experience with ambition and optimism. Despite the difficulties, she remained determined and used the lessons learned from those early endeavors to grow as a businesswoman and leader. Rather than giving up, Jamie took the experience as a teachable moment, refining her strategy and deepening her understanding of branding, operations, and customer engagement.

Those experiences laid the foundation for Mortell's impressive growth. What began with fewer than five portable toilet units eventually expanded to a fleet of over 450, servicing clients throughout the DMV region. Jamie built relationships with both small businesses and nationally recognized brands, securing contracts for events ranging from backyard gatherings to major venues such as NFL stadiums. Her work ethic and ability to build something substantial from the ground up reflect her strength, vision, and tenacity.

Jamie has continuously invested in others; mentoring, collaborating with local entrepreneurs, and sharing her roadmap to success. Her dedication to building a better future for herself and those around her speak volumes about her character.

Your Honor, I respectfully ask that you consider this letter as a small, yet heartfelt, reflection of the woman I know Jamie to be. She recognizes the seriousness of the matter before her and understands the consequences of her actions. I firmly believe she is committed to learning from this experience, just as she has from past challenges. Jamie has the strength and integrity to turn this chapter into a teachable moment, not only for herself but for others who may find themselves in similar circumstances.

Thank you for your time and consideration. Should you require any additional information, please do not hesitate to contact me.

Sincerely,
*Nadine Suarez*

Brittany Brogdon

March 25, 2025

To Whom It May Concern,

My name is Brittany Brogdon, and I'm writing this letter on behalf of my cousin, Jamie L. Morton. Jamie isn't just my older cousin—she's like a big sister to me. We've always had a close bond, and I love her deeply. Watching her go through this situation has been hard, but I want to speak on the woman I know—because Jamie is someone who deserves to be seen for her full heart and character.

Jamie is the type of person who would give anybody the shirt off her back. I've seen her do it—time and time again. She doesn't think twice when someone needs help, whether it's family, a friend, or even a stranger. That's just how she's built. She's always been the one in the family who shows up, no matter what she has going on in her own life. And she doesn't complain—she just does what needs to be done, out of love.

She takes so much pride in being there for her family. I've always looked up to her for that. She's the kind of person who makes sure everyone else is good before thinking about herself. She's helped raise, support, and uplift people in ways that most wouldn't even know. Even now, with everything she's dealing with, she still finds ways to be there for me and others.

Jamie has always carried herself like a stand-up citizen. She works hard, gives back, and lives her life with purpose. She believes in doing right, even when it's not easy. I know her heart. I know how much she cares, how deeply she loves, and how committed she is to doing right by the people she loves—even the ones who may have turned their backs on her. That's just who she is. Jamie has always chosen loyalty, even when it wasn't returned.

She is a key part of our family. We need her—not just for support, but for the guidance and leadership she gives us all. She's the one we go to for advice, for help, for strength. Losing her even temporarily would be a major void in our lives.

I truly believe Jamie deserves to have this dismissed. If anything, I believe community service would be a more meaningful option—one where she could give back by helping other small businesses and young entrepreneurs learn what she knows. She's successfully built businesses from the ground up and could teach others how to lead, grow, and operate with integrity. That would be a powerful way for her to continue serving the community while turning this experience into something bigger than herself.

Thank you for taking the time to read my letter and for considering the full picture of who Jamie L. Morton is. She has so much more to give to this world, and I'll be right here by her side every step of the way.

Sincerely,
Brittany Brogdon

Pierre R. Beljour

09 April 2025

Honorable Juge Leonie M. Brinkema
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Honorable Juge Leonie M. Brinkema,

I am writing to you in regard to the sentencing of Jamie L. Morton. I have had the privilege of knowing her as a colleague for the past year. I believe my perspective on her character may provide valuable insight into the person she truly is.

Throughout our friendship, I have witnessed Ms. Morton demonstrate qualities of kindness, integrity, and a strong sense of responsibility. She has always been there for friends and family, offering support and encouragement during difficult times. Her ability to empathize with others and provide a listening ear is a testament to her compassionate nature.

In our professional relationship, I have seen Ms. Morton exhibit a strong work ethic and dedication to her responsibilities. She approaches challenges with a positive attitude and is always willing to lend a helping hand to colleagues. Her commitment to teamwork and collaboration has made a significant impact on our work environment.

While I understand that Ms. Morton is facing serious charges, I believe it is important to consider the entirety of her character. She has made mistakes, as we all do, but I have faith that she is capable of learning and growing from this experience. Ms. Morton has expressed remorse and a desire to make amends, and I believe that with the right support, she can turn this situation into an opportunity for personal growth.

I respectfully ask that you consider Ms. Morton's positive attributes and the impact she has had on those around her when determining an appropriate sentence. I believe that a rehabilitative approach would be more beneficial for her and the community than a punitive one.

Thank you for taking the time to read this letter. I hope it provides a clearer picture of the person Ms. Morton is and the potential she has for positive change.

Sincerely,

Pierre R. Beljour

Chanika Randall CMA, CMT, Cer.A.T, CCMAI



04/12/2025

To: The Honorable Leonie M. Brinkema

U.S. District Judge Albert V. Bryan U.S. Courthouse

401 Courthouse Square

Alexandria, VA 22314

I am writing this character letter on behalf of Jamie Morton. Jamie is my sister, and throughout the years, she has helped me in so many ways. This week has been the most helpful. My husband had surgery on April 10th, and there was a chance that he may not survive. Jamie was the first person to reach out to me and offer the support she could. Even if it was just a ear to vent to. Without her mentally I do not think I would have made it. Since I do not drive, Jamie immediately started thinking of ways she could help. She got the family together for an emergency meeting and set up a schedule to have different relatives come and stay with us till my husband was discharged from the hospital. Since I live in a rural area, she ordered groceries to come to the house. She sent me money so I could catch a taxi to go back and forth to the hospital to visit my husband.

Jamie also helps our mother out financially, without her our mother would not be able to afford her apartment or food.  I have also seen Jamie help many of our family members financially. In recent months with a lot of our family members being laid off by the government. Jamie has helped them by paying rent, car note, money for groceries, etc.. Jamie She always had a dream that she would be able to take care of her entire family. She does nothing but wants the best for everyone. She is someone that people pray to have in their lives.

Furthermore, without Jamie I do not believe our family would be as strong as we are. She literally is the glue that holds everything together. For me losing her would be like losing a limb. When I am spiraling, she is the gravity that keeps me on the ground. Jamie is someone that everyone prays for. There are not many good people in this world, and I am to have one that I can call not only my sister, but my best friend.

Recipient Name
04/12/2025
Page 2




Sincerely,

Chanika Randall CMA, CMT, Cer.A.T, CCMAI

March 24, 2025

To Whom it May Concern,

My name is Maurice Morton, and I am writing to offer my personal character reference for my cousin, Jamie Morton. While Jamie is my cousin by blood, she has been more like a sister to me throughout my entire life. We have grown up together over the last 42 years, and I have witnessed the kind of person she is firsthand. Jamie is kind, selfless, hardworking, and always thinking of others.

Jamie has played a significant role in my life. On many occasions, she has provided me with work opportunities, shared knowledge and guidance, that have helped me grow both personally and professionally. She has been a steady support system, offering not just help but also a safe place to land whenever I needed it. Her generosity and willingness to care for those she loves, without expecting anything in return, is something I deeply admire.

What stands out most about Jamie is her integrity and the way she leads by example. She is a devoted mother, a successful business owner, and a role model not only to my children but to many in our family and community. Jamie is the type of person who would give the shirt off her back to someone in need. Her heart is big, and her actions always reflect her strong values and belief in helping others.

Family has always been at the center of everything Jamie does. She is constantly looking out for her loved ones, offering support, guidance, and love in ways that go far beyond words. She has made a lasting impact on my life, and I know she continues to do the same for so many others.

I respectfully ask that you take this letter into consideration as a true reflection of Jamie's character. She is a good person, with an entrepreneurial spirit, strong morals, and a heart dedicated to her family and her community. Thank you for your time and consideration.

Sincerely,

*Maurice Morton*

Maurice Morton

Rhiannon Daniels

████████████████████

████████

3/24/2025

To Whom It May Concern,

I am honored to write this letter of character for Jamie Morton, a truly inspiring woman whose ambition, integrity, and kindness set her apart. Jamie is a natural leader, a dedicated caregiver, and an unwavering pillar of support for those around her. She embodies the values of hard work, resilience, and selflessness, always putting the greater good above all else.

As an entrepreneur, community leader, and devoted mother, Jamie wears many hats with grace and determination. She not only uplifts her own family but also extends her wisdom, generosity, and strength to the community she serves. She is someone you can always rely on, whether for guidance, encouragement, or simply as a steady hand during challenging times. Her commitment to creating positive change is evident in every endeavor she pursues.

If success were a bet, I would place mine on Jamie Morton a thousand times over. She is a force for good, a beacon of hope, and a testament to what is possible when passion meets purpose. Without hesitation, I vouch for her character and capabilities, knowing that any opportunity entrusted to her will be met with excellence and heart.

Sincerely,

Rhiannon Daniels

**To Whom It May Concern,**

My name is Nicole Morton, and I am writing this letter on behalf of Jamie Morton, whom I have known personally for the past sixteen years. It is truly an honor to speak to her character, as Jamie is someone I hold in the highest regard.

Jamie is a dedicated mother, a minority business owner, and a respected member of our community. She is a woman of integrity, compassion, and strong moral values. Throughout the years, I have witnessed her unwavering commitment to her family, her business, and her community. Jamie is always willing to extend a helping hand to those in need, whether it be family, friends, or even acquaintances. She leads by example, showing kindness, empathy, and a genuine desire to see others succeed.

In addition to managing her business, Jamie is currently pursuing her master's degree in business, which is a testament to her hard work, intelligence, and determination to better herself and create a brighter future for her family. Her dedication to personal growth and education reflect her character. She is ambitious, responsible, and driven by a desire to build a legacy rooted in success and integrity.

Jamie is truly a rising star. She carries herself with dignity, treats others with respect, and consistently demonstrates strong character in both her personal and professional life. I have no doubt that she will continue to make a positive impact on everyone around her.

I respectfully ask that you take this letter into consideration as a reflection of Jamie's character. She is a good person, a devoted mother, and a valued member of our community who deserves the opportunity to continue building the future she works so hard for every day.

Thank you for your time and consideration.

Sincerely,

*Nicole Morton*

Nicole Morton

To Whom It May Concern,

I am writing this letter to offer my highest recommendation for Ms. Jamie Morton. Having known Jamie for fifteen years, I can confidently attest that she is a person of the utmost moral character, integrity, and respect for others.

Jamie consistently demonstrates a profound commitment to honesty, fairness, and compassion in all facets of her life. She leads by example, holding herself to the highest ethical standards, even when faced with difficult choices. Her unwavering integrity has earned her the trust, admiration, and respect of everyone fortunate enough to know her both personally and professionally.

What stands out most about Jamie is her natural sense of responsibility and her genuine care for others. She approaches every situation with thoughtfulness and sincerity, always striving to do what is right rather than what is easy. Whether offering guidance to colleagues, volunteering her time to support community efforts, or simply being a reliable and supportive friend, Jamie's actions consistently reflect her strong moral foundation.

In all my experiences with her, Jamie has proven time and again to be a person of sound judgment, impeccable honesty, and unshakable principles. I have no doubt that she will continue to conduct herself with the same grace, dignity, and integrity that have always been hallmarks of her character.

It is without reservation that I vouch for Jamie Morton as a woman of outstanding moral standing and integrity. Should you require any further information or insight, I would be more than happy to provide it.

Noel N. Phipps



To whom it may concern,

I'm writing to provide a character reference for Jamie Morton, whom I have known for over 30 years as a close friend and former colleague.

I have always found Jamie to be a person of faith, great integrity and honesty. Jamie has always been a very reliable person, consistently following though on commitments. She is a kind and caring person who's always showing up for others, whether it's family, friends or co-workers. Her willingness to help others reach their goals in life by helping them get jobs, helping to prepare for interviews, helping them find a way to work, she's always helping.

Jamie has a strong work ethic and is always dedicated to completing any tasks she starts. She has strong leadership skills which is why she was able to move up to leaderships roles at work as well as start her own business. She's a natural leader and faithful person, who's always willing to share her knowledge and skills.

Jamie and I just volunteer some time to give back to some young people who are looking to get into the work field. Advising them on how to write resumes, dress and prepare for an interview. She has also helped small business learn how reading and submit for Government contracts.

Jamies is someone who has been valuable to our community, family and friends. She has so much to offer other though her faith and knowledge.

Please do not hesitate to contact me if you have any further questions.

Sincerely,

Rhonda Dozier

Dear Honorable Judge

Iam writing this letterto serve as a character reference for Mrs. Jamie Morton whom I have the pleasure of knowing for 5 years.

Throughout the duration of time with Jamie she has demonstrated great qualities such as compassion, integrity and very responsible. Jamie has always been helpful to others. Jamie is a great mother to her son Jarmel, she has guided him in the right direction in his life. Jamie loves her family.

Jamie works very hard on her career, she works a full time job, taking college classes online and is also a entrepreneur she is dedicated. Jamie is a Godly woman she attends Zion Baptist church in Greenbelt Maryland. Jamie is a loving person that cares about people, you could meet her for the first time and she would have a conversation with you like she's been knowing you for years,Jamie is just a great human being. Your honor thank you for reading my letter

Sincerely Yours.

Earl Andrews

To the Honorable Judge

My name is Anita Scott, I am writing to you on behalf of Jamie Morton. I meant Jamie's mother Cheryl Morton 8 years ago when she moved to Florida to be able to have a better health, and over the years we have become very close, I have meant her other children as well. Whenever Jamie comes to visit her mother she has always included me in the family visit, she also have included my daughters in the visit as well, she has taken us out to dinners and made us feel like family. She has always uplift those around her, often going out of her way to support us, providing both emotional support during her visits with her mother.

I am very proud of the young and beautiful lady that I've become to known, Jamie always make sure that not only that her mother is taken care of she makes sure that I have the things I need when she is here. Jaime is a very loving caring person.

I asked that you consider leniency for Jamie and that God put it in your heart to have mercy and compassionate on her sentencing, Jamie has a family and son that really depends on her and need her.

Thank you for taking the time and allowing me to be able to give my thoughts and honesty.

Anita Scott

954-529-3636