# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMIE LATOYA MORTON,<br><br>*Defendant*. | Case No. 1:25-cr-40-LMB |

## CONSENT MOTION TO CONTINUE SENTENCING

On April 8, 2025, the Court accepted Defendant Jamie Morton's guilty plea and set sentencing for July 8, 2025. Recently, counsel for the United States developed an unexpected conflict, making him unavailable for a hearing on July 8, 2025. Accordingly, the United States respectfully requests the Court continue the sentencing hearing until July 15, 2025 or another date convenient for the Court. Morton, through counsel, consents to this relief and will not suffer prejudice from the continuance.

Respectfully submitted,

Erik S. Siebert
United States Attorney

Date: July 4, 2025   By: /s/ C. Hood

Christopher J. Hood
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

1

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 4, 2025, I caused a copy of the foregoing memorandum to be filed with the Clerk of Court using the CM/ECF system, which will automatically generate a Notice of Electronic Filing to all counsel of record.

                                       Christopher J. Hood
                                       Assistant United States Attorney