IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

JAMIE MORTON,

*Defendant.*

Case No. 1:25-cr-40-LMB

FILED
IN OPEN COURT

JUL 15 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CONSENT ORDER OF FORFEITURE

BASED UPON the plea agreement into which the defendant and the United States have entered, and finding the requisite nexus between the property listed below and the offense to which the defendant has pleaded guilty, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 982(a)(2)(A):

   a. **A sum of money in the amount of $ 150,000 which represents the proceeds the defendant obtained as a result of the violations in Count One of the Criminal Information and which sum shall constitute a monetary judgment against the defendant in favor of the United States. This is a sum for which the defendant shall be solely liable.**

2. A money judgment in this amount shall be included in the sentence of the defendant. The defendant stipulates and the Court finds that the requirements of 21 U.S.C. § 853(p) have been satisfied and that the government may, by motion filed pursuant to Fed. R. Crim. P. 32.2(e), collect on its monetary judgment by all available means, as provided by law, including but not limited to the forfeiture of directly forfeitable and substitute assets.

3. As this Order provides only for a money judgment, rather than the forfeiture of specific property, pursuant to Fed. R. Crim. P. 32.2(c)(1) no ancillary proceeding shall follow the

entry of this Order and this Order shall be the final order with respect to the money judgment. Upon the subsequent seizure of any property to satisfy all or part of the judgment, the United States shall comply with the notice and publication provisions of Fed. R. Crim. P. 32.2(b)(6).

    4.    Upon entry of this order, the United States Attorney's Office is authorized to conduct any appropriate discovery including depositions, interrogatories, requests for production of documents and for admissions, and the issuance of subpoenas, to identify, locate, or dispose of forfeitable property.

                                                  /s/
                                           Leonie M. Brinkema
                                           United States District Judge

Alexandria, Virginia

Dated: 7/15/25

The parties stipulate and agree that the monetary judgment set forth above represents the proceeds the defendant obtained as a result of the offense(s) of conviction, as such proceeds are contemplated by 18 U.S.C. § 982(a)(2)(A). The defendant hereby waives the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment, and consents to the entry of this order. The defendant further stipulates that the requirements of 21 U.S.C. § 853(p) have been satisfied. The defendant agrees not to file or interpose any claim to the property listed herein, in whole or in part, in any proceedings or manner whatsoever.

ERIK S. SIEBERT
UNITED STATES ATTORNEY

_____
Christopher J. Hood
*Assistant United States Attorney*

SEEN AND AGREED TO:

_____
Stuart Sears
Noah Cherry
*Counsel for Defendant*

_____
Jamie Morton
*Defendant*